IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

**SEALED**
**INDICTMENT**

1:20-cr-10/ACW

RODDRAE ANTONIO WILLIAMS
a/k/a "Drae"
a/k/a "Juice"
a/k/a "Juvie"
ELBORIC QUADARIUS ROBINSON
a/k/a "Bo"
a/k/a "Bo 4K"
a/k/a "Bo Dilly"
DANIEL HEATH WILLIS
a/k/a "Day Day"
a/k/a "Woody"
a/k/a "Daniel James"
a/k/a "Danny"
LORENZA AARON DURR JR.
a/k/a "Tootie"
a/k/a "Tootie Pop"
a/k/a "Aaron"
MORRIS CORDELL ROBINSON, JR.
a/k/a "Rabbi"
a/k/a "Rabbit"
a/k/a "Rab"
EDWARD LASHAWN GARRISON, JR.
a/k/a "EJ"
RAKEIDRA ALEXANDRIA NEAL
a/k/a "Rocki"
a/k/a "Rock"
DECODA KADARRELL KING
a/k/a "Coda"
a/k/a "King Coda"
a/k/a "King Koda"
a/k/a "Williston"
RAYME HERNANDEZ

Returned in open court pursuant to Rule 6(f)
6-17-20
Date
[signature]
United States Magistrate Judge

**GREGORY LAVOUGH WILLIAMS, JR.**
**and**
**TOMEKA NECOLE BRYANT**
**a/k/a "Sis"**
__________________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about January 1, 2017, and May 20, 2020, in the Northern District of Florida and elsewhere, the defendants,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**
**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**
**DANIEL HEATH WILLIS,**
**a/k/a "Day Day,"**
**a/k/a "Woody,"**
**a/k/a "Daniel James,"**
**a/k/a "Danny,"**
**LORENZA AARON DURR, JR.,**
**a/k/a "Tootie,"**
**a/k/a "Tootie Pop,"**
**a/k/a "Aaron,"**
**MORRIS CORDELL ROBINSON, JR.,**
**a/k/a "Rabbi,"**
**a/k/a "Rabbit,"**
**a/k/a "Rab,"**
**EDWARD LASHAWN GARRISON, JR.,**
**a/k/a "EJ,"**

**RAKEIDRA ALEXANDRIA NEAL,**
**a/k/a "Rocki,"**
**a/k/a "Rock,"**
**DECODA KADARRELL KING,**
**a/k/a "Coda,"**
**a/k/a "King Coda,"**
**a/k/a "King Koda,"**
**a/k/a "Williston,"**
**RAYME HERNANDEZ,**
**GREGORY LAVOUGH WILLIAMS, JR.,**
**and**
**TOMEKA NECOLE BRYANT,**
**a/k/a "Sis,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved cocaine, cocaine base, commonly known as "crack cocaine," methamphetamine, oxycodone, marijuana, and buprenorphine, in violation of Title 21, United States Code, Sections 841(a)(1).

Quantity of Controlled Substance Involved in the Conspiracy

With respect to defendant **RODDRAE ANTONIO WILLIAMS**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of oxycodone, a quantity of marijuana, a quantity of buprenorphine, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," and 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii), 841(b)(1)(B)(viii), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **ELBORIC QUADARIUS ROBINSON**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine base, commonly known as "crack cocaine," a quantity of oxycodone, a quantity of marijuana, a quantity of buprenorphine, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **DANIEL HEATH WILLIS**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a quantity of cocaine base, commonly known as "crack cocaine," a quantity of oxycodone, a quantity of marijuana, a quantity of buprenorphine, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title

21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **LORENZA AARON DURR, JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a quantity of cocaine base, commonly known as "crack cocaine," a quantity of oxycodone, a quantity of marijuana, and a quantity of buprenorphine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **MORRIS CORDELL ROBINSON, JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a quantity of cocaine base, commonly known as "crack cocaine," a quantity of oxycodone, a quantity of marijuana, and a quantity of buprenorphine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **EDWARD LASHAWN GARRISON, JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a quantity of cocaine base, commonly known as "crack

cocaine," and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

With respect to defendant **RAKEIDRA ALEXANDRIA NEAL**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of cocaine, a quantity of cocaine base, commonly known as "crack cocaine," a quantity of oxycodone, a quantity of marijuana, and a quantity of buprenorphine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

With respect to defendant **DECODA KADARRELL KING**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of oxycodone, a quantity of marijuana, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(viii), 841(b)(1)(C), and 841(b)(1)(D).

With respect to defendant **RAYME HERNANDEZ**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

With respect to defendant **GREGORY LAVOUGH WILLIAMS, JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

With respect to defendant **TOMEKA NECOLE BRYANT**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

Enhanceable Prior Convictions

On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004474-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from

service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004475-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004476-A, of a serious drug felony, that is, Drugs sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004477-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term

of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004528-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

On or about June 25, 2008, **ELBORIC QUADARIUS ROBINSON** was convicted in the State of Florida of a serious violent felony, that is, Robbery with a deadly weapon, an offense described in Title 18, United States Code, Section 3559(c)(2), for which he served a term of imprisonment of more than twelve months.

On or about June 13, 2013, **DANIEL HEATH WILLIS** was convicted in the State of Florida of a serious violent felony, that is, Robbery with a firearm, an offense described in Title 18, United States Code, Section 3559(c)(2), for which he served a term of imprisonment of more than twelve months.

On or about May 19, 2010, **DECODA KADARRELL KING** was convicted in the State of Florida of a serious drug felony, that is, Sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about June 14, 2011, which was within fifteen years of the commencement of the offense charged in this count.

On or about January 10, 2013, **DECODA KADARRELL KING** was convicted in the State of Florida of a serious drug felony, that is, Sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about February 18, 2015, which was within fifteen years of the commencement of the offense charged in this count.

On or about January 10, 2013, **DECODA KADARRELL KING** was convicted in the State of Florida of a serious drug felony, that is, Poss of a controlled substance with intent to sell, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about February 18, 2015, which was within fifteen years of the commencement of the offense charged in this count.

On or about September 6, 2002, **RAYME HERNANDEZ** was convicted in the State of Florida of a serious violent felony, that is, Robbery with a firearm or deadly weapon, an offense described in Title 18, United States Code, Section 3559(c)(2), for which he served a term of imprisonment of more than twelve months.

## COUNT TWO

Between on or about January 1, 2017, and May 20, 2020, in the Northern District of Florida, the defendants,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**
**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**
**DANIEL HEATH WILLIS,**
**a/k/a "Day Day,"**
**a/k/a "Woody,"**
**a/k/a "Daniel James,"**
**a/k/a "Danny,"**
**LORENZA AARON DURR, JR.,**
**a/k/a "Tootie,"**
**a/k/a "Tootie Pop,"**
**a/k/a "Aaron,"**
**MORRIS CORDELL ROBINSON, JR.,**
**a/k/a "Rabbi,"**
**a/k/a "Rabbit,"**
**a/k/a "Rab,"**
**EDWARD LASHAWN GARRISON, JR.,**
**a/k/a "EJ,"**

**RAKEIDRA ALEXANDRIA NEAL,**
**a/k/a "Rocki,"**
**a/k/a "Rock,"**
**DECODA KADARRELL KING,**
**a/k/a "Coda,"**
**a/k/a "King Coda,"**
**a/k/a "King Koda,"**
**a/k/a "Williston,"**
**RAYME HERNANDEZ,**
**GREGORY LAVOUGH WILLIAMS, JR.,**
**and**
**TOMEKA NECOLE BRYANT,**
**a/k/a "Sis,"**

did knowingly and intentionally use a communication facility, that is, a cellular telephone, in facilitating the commission of an act constituting a felony under Title 21, United States Code, Section 846.

In violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT THREE**

Between on or about April 10, 2020, and May 20, 2020, in the Northern District of Florida, the defendant,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, as charged in Count

One of this Indictment, did knowingly carry and possess a firearm, namely, a Taurus 9 millimeter pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT FOUR**

On or about May 20, 2020, in the Northern District of Florida, the defendant,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida of Drugs: Possession of more than 20 grams of cannabis;

   b. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004474-A of Drugs: sale of controlled substance;

   c. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua

County case number 01-2011-CF-004475-A of Drugs: sale of controlled substance;

d. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004476-A of Drugs sale of controlled substance;

e. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004477-A of Drugs: sale of controlled substance; and

f. On or about June 4, 2011, **RODDRAE ANTONIO WILLIAMS** was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004528-A of Drugs: sale of controlled substance and Drugs: possession of cannabis with intent to sell.

2. For each of these crimes **RODDRAE ANTONIO WILLIAMS** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter **RODDRAE ANTONIO WILLIAMS** did knowingly possess a firearm, to wit, a Taurus 9 millimeter pistol, and ammunition, namely Remington and Federal 9 millimeter.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**COUNT FIVE**

Between on or about April 23, 2020, and May 20, 2020, in the Northern District of Florida, the defendant,

**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment, did knowingly carry and possess a firearm, namely, a Taurus .38 caliber revolver and a Ruger .357 magnum caliber revolver.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT SIX**

On or about May 20, 2020, in the Northern District of Florida, the defendant,

**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about October 13, 2011, **ELBORIC QUADARIUS ROBINSON** was convicted in the State of Florida of Burglary while armed and/or with an assault and Robbery with a deadly weapon;

   b. On or about February 8, 2012, **ELBORIC QUADARIUS ROBINSON** was convicted in the State of Florida of Drugs: possession of controlled substance; and

   c. On or about February 6, 2020, **ELBORIC QUADARIUS ROBINSON** was convicted in the State of Florida of Possession of cocaine.

2. For each of these crimes **ELBORIC QUADARIUS ROBINSON** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter **ELBORIC QUADARIUS ROBINSON** did knowingly possess a firearm, to wit, a Taurus .38 caliber revolver and a Ruger .357 magnum caliber revolver, and ammunition, namely Federal .38 special and .357 magnum calibers.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT SEVEN**

Between on or about May 10, 2020, and May 20, 2020, in the Northern District of Florida, the defendant,

**DANIEL HEATH WILLIS,**
**a/k/a "Day Day,"**
**a/k/a "Woody,"**
**a/k/a "Daniel James,"**
**a/k/a "Danny,"**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment, did knowingly carry and possess a firearm, namely, Taurus and Glock 9 millimeter pistols.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT EIGHT**

On or about April 10, 2020, in the Northern District of Florida, the defendant,

**LORENZA AARON DURR, JR.,**
**a/k/a "Tootie,"**
**a/k/a "Tootie Pop,"**
**a/k/a "Aaron,"**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment, did knowingly carry and possess a firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**CONTROLLED SUBSTANCE FORFEITURE**

The allegation contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendants,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**
**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**

**DANIEL HEATH WILLIS,**
**a/k/a "Day Day,"**
**a/k/a "Woody,"**
**a/k/a "Daniel James,"**
**a/k/a "Danny,"**
**LORENZA AARON DURR, JR.,**
**a/k/a "Tootie,"**
**a/k/a "Tootie Pop,"**
**a/k/a "Aaron,"**
**MORRIS CORDELL ROBINSON, JR.,**
**a/k/a "Rabbi,"**
**a/k/a "Rabbit,"**
**a/k/a "Rab,"**
**EDWARD LASHAWN GARRISON, JR.,**
**a/k/a "EJ,"**
**RAKEIDRA ALEXANDRIA NEAL,**
**a/k/a "Rocki,"**
**a/k/a "Rock,"**
**DECODA KADARRELL KING,**
**a/k/a "Coda,"**
**a/k/a "King Coda,"**
**a/k/a "King Koda,"**
**a/k/a "Williston,"**
**RAYME HERNANDEZ,**
**GREGORY LAVOUGH WILLIAMS, JR.,**
**and**
**TOMEKA NECOLE BRYANT,**
**a/k/a "Sis,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violation, including:

i. $22,010 in U.S. Currency seized from **RODDRAE ANTONIO WILLIAMS** during his arrest on May 20, 2020;

ii. $17,000 in U.S. Currency seized from the custody of **RODDRAE ANTONIO WILLIAMS** at 6630 NW 25th Terrace, Gainesville, Florida; and

iii. $5300 in U.S. Currency seized from the custody of **ELBORIC QUADARIUS ROBINSON**.

B. Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

**FIREARM FORFEITURE**

The allegations contained in Counts Three through Eight of this Indictment are hereby realleged and incorporated by reference. Because the defendants,

**RODDRAE ANTONIO WILLIAMS,**
**a/k/a "Drae,"**
**a/k/a "Juice,"**
**a/k/a "Juvie,"**
**ELBORIC QUADARIUS ROBINSON,**
**a/k/a "Bo,"**
**a/k/a "Bo 4K,"**
**a/k/a "Bo Dilly,"**
**DANIEL HEATH WILLIS,**
**a/k/a "Day Day,"**
**a/k/a "Woody,"**
**a/k/a "Daniel James,"**
**a/k/a "Danny,"**
**and**
**LORENZA AARON DURR, JR.,**
**a/k/a "Tootie,"**
**a/k/a "Tootie Pop,"**
**a/k/a "Aaron,"**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Three through Eight of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did

knowingly possess the firearm and ammunition described above, any and all interest that a defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665.

[redacted]

6-17-2020
DATE

LAWRENCE KEEFE
United States Attorney

JAMES A. McCAIN
Assistant United States Attorney