**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**Case No.: 1:20cr10-AW/GRJ-1**

**v.**

**RODDRAE ANTONIO WILLIAMS**
**a/k/a "Drae"**
**a/k/a "Juice"**
**a/k/a "Juvie"**
___________________________________/

# INFORMATION AND NOTICE OF INTENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Section 851 of Title 21 of the United States Code, and gives this Notice of Intent, that should the Defendant, Roddrae Antonio Williams, be convicted of the drug offense charged in this Indictment, the United States will seek enhanced penalties as provided under Title 21, U.S.C. §§ 841 and 851, as shown below.

1. The Defendant has been charged in Count One with Conspiracy to Distribute and Possess with Intent to Distribute oxycodone, marijuana, buprenorphine, 500 grams or more of a mixture containing cocaine, 28 grams or more of a mixture containing cocaine base, commonly known as "crack cocaine," and 50 grams or more of a mixture containing methamphetamine, in violation of Title 21, United States Code §§ 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii),

841(b)(1)(B)(viii), 841(b)(1)(C), 841(b)(1)(D), 841(b)(2), and 846. The offense charged occurred between on or about January 1, 2017, and on or about May 20, 2020, in the Northern District of Florida and elsewhere.

2. Based upon the quantities of drugs the Government anticipates proving, the Defendant would normally be subject to statutory penalties for Count One of not less than five (5) years imprisonment, a maximum of forty (40) years imprisonment, a fine up to $5,000,000.00, and a term of supervised release of at least four (4) years.

3. Prior to the commission of the offense alleged in Count One, the Defendant had been convicted of a serious drug felony, that is:

a. On or about June 4, 2011, RODDRAE ANTONIO WILLIAMS was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004474-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

b. On or about June 4, 2011, RODDRAE ANTONIO WILLIAMS was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004475-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term

of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

c. On or about June 4, 2011, RODDRAE ANTONIO WILLIAMS was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004476-A, of a serious drug felony, that is, Drugs sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

d. On or about June 4, 2011, RODDRAE ANTONIO WILLIAMS was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004477-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

e. On or about June 4, 2011, RODDRAE ANTONIO WILLIAMS was convicted in the State of Florida, in Alachua County case number 01-2011-CF-004528-A, of a serious drug felony, that is, Drugs: sale of controlled substance, an

offense described in 18 U.S.C. Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about September 1, 2014, which was within fifteen years of the commencement of the offense charged in this count.

4. It is submitted that, for Count One, any of the convictions set forth above will subject the Defendant to a mandatory minimum term of ten (10) years imprisonment, a maximum of Life imprisonment, a fine of up to $8,000,000, and a term of at least eight (8) years on supervised release.

5. It is also submitted that each of the convictions set forth above qualifies as a felony drug offense, because they are each offenses punishable by imprisonment for more than one year prohibiting or restricting conduct related to narcotic drugs, marihuana, anabolic steroids, or depressant or stimulant substances.

6. Accordingly, the Government hereby gives notice that it will seek all enhanced penalties that are available under law in this case.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*/s/ James McCain*
James A. McCain
Assistant United States Attorney
Florida Bar No. 0077536
Northern District of Florida
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
james.mccain2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Attorney for the Defendant electronically via ECF on this 14th day of September, 2020.

*/s/ James McCain*
JAMES A. McCAIN
Assistant United States Attorney