Start: 12:59 p.m.
Stop: 2:28 p.m.

***UNITED STATES DISTRICT COURT***
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No: 1:20-cr-10-1-AW-MAL Date: 02-20-2024

PROCEEDINGS: Sentencing
ECF No. 567 - Motion to Continue denied as moot

PRESENT: Honorable ALLEN WINSOR, District Judge

TiAnn Stark — Deputy Clerk
Georgia Chamberlin (Lexitas) — Court Reporter
James McCain — Asst. U.S. Attorney
Stephen Billig — Probation Officer
______ — Interpreter

U.S.A vs. (DEFENDANT LISTED BELOW) ATTORNEYS FOR DEFENDANT

RODDRAE ANTONIO WILLIAMS
_X_ present _X_ custody _bond __O/R

THOMAS EDWARDS
_X_ present _X_ appt ___retained

DEFENDANT PREVIOUSLY ADJUDICATED GUILTY OF COUNT(S) 1 - 4

SENTENCE IMPOSED:

_X_ Defendant remanded to the custody of the Bureau of Prisons (480 months total in BOP)
on count(s) _1_ imprisonment for a term of 420 months
_2_ imprisonment for a term of 48 months concurrent
_3_ imprisonment for a term of 60 months consecutive
_4_ imprisonment for a term of 420 months concurrent

_X_ FINE PAYMENT: _X_ Fine waived; ___ Fine of $______
_X_ SMA of $ 400 due immediately

____ RESTITUTION: Defendant is liable for restitution of:
$__________ made payable to _____ interest waived

_X_ S/R or PROBATION: Defendant is under _X_ Supervised Release upon completion of term of imprisonment or __ Probation for a period of 10 years as to Count 1, one year as to Count 2, five years as to Counts 3 and 4, all to run concurrently with each other. With the following special modifications:

_____ Defendant to be deported upon release from BOP
_____ Defendant to report to the USPO in the district where released within 72 hours of release from BOP
_____ Defendant shall not own or possess a firearm or other dangerous weapon
_____ Defendant shall submit to:____ testing for the use of drugs or alcohol;____Alcohol/Drug treatment;
_____ Mental Health counseling if deemed necessary by the Probation Officer CBT
_____ Defendant shall provide requested financial information to the Probation Officer
_____ Defendant shall make payment on the restitution in monthly installments of $600
_____ Upon release, Defendant shall maintain employment or enroll as a full-time student
_X_ Additional Terms: See PSR

SENTENCING MINUTES CONTINUED

_X__ Defendant has read the pre-sentence investigation report (PSI) and has discussed it with his/her attorney

_X__ Objections to the PSI were made - Paragraph 101 of PSR to be corrected

_X__ CUSTODY STATUS

_X__ Defendant committed to the custody of the US Marshal

_____ Defendant to surrender to US Marshal at_________ or designated institution no later than 12 noon, on _____________________

_____ Defendant remains on bond with___ same terms and conditions or ______ with modified terms as follows:

_____ Defendant is released after meeting with Probation Officer

_____ Remaining count(s)____ is/are dismissed on government motion

_X__ Court informs Defendant of right to appeal

_X__ Court recommends facility in Georgia

1:25 p.m. Defendant's Witness, RAKEIDRA NEAL, sworn, direct

1:35 p.m. Sidebar (James McCain. Tom Edward, Huntley Johnson for witness)

1:38 p.m. Direct continues

1:52 p.m. Cross